# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Travis Ray Thompson

            **V.**                    **JUDGMENT IN A CIVIL CASE**

Jeanne Woodford

                                **CASE NUMBER:**    06CV1758-JAH(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's objections are overruled. The Magistrate Judge's Report and Recommendation is adopted and the instant petition is denied in its entirety.

| August 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ J. Petersen
(By) Deputy Clerk

ENTERED ON August 20, 2007

06CV1758-JAH(NLS)